

| SUCV2022000272 | LITT, ET AL V PROCTOR & GAMBLE PAPER PRODUCTS COMPANY, INC. | DOUGHERTY SUPERIOR | GENERAL TORT |

## Case Docket

**Case Initiation Date**  
03/04/2022

**Assigned Judge**  
VSD

Why subscribe to PeachCourt+? Well, for one thing… you could get an automagic email alert when anyone files anything into this case. You don't have to come back here day after day after day just to check the docket. We'll take care of that for you. All you have to do is subscribe!

### Party Information

**Plaintiffs:**

LITT, CALVIN, SR.

LITT, IRISH IND & AS BENEFICIARIES

CALVIN LITT SR AS ANTICIPATED ADMIN OF ESTATE

**Defendant:**

PROCTOR & GAMBLE PAPER PRODUCTS COMPANY, INC.

### Attorney/Filer Information

BROOKS, NATANYA

MALONE, ADAM

| Docket # | Document Type | Description | Filer | Filing Date | Source |
|---|---|---|---|---|---|
| 1 | Complaint | COMPLAINT FOR DAMAGES | Brooks, Natanya | 03/04/2022 | EFile: PeachCourt |
| 2 | Summons | SUMMONS FOR THE P&G PAPER PRODUCTS CO | Brooks, Natanya | 03/04/2022 | EFile: PeachCourt |
| 3 | Civil Case Initiation Form | Case Information Form | Brooks, Natanya | 03/04/2022 | EFile: PeachCourt |
| 4 | Miscellaneous | SHERIFF SERVICE | Brooks, Natanya | 03/21/2022 | EFile: PeachCourt |

The clerk's office maintains the official record for this case. The information we provide is our best attempt at reflecting the official record. Despite our best efforts, you may find discrepancies between the information on this page and the clerk's official record. The clerk's official record is always official and is always THE record.

Printed from www.peachcourt.com on Apr 13, 2022 1:40 PM